# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

**GLEN EDWARD RAY, JR.,**  )
)
 **Plaintiff,** )
) **CASE NO.:**
**v.** )
) **1:14-cv-1839-VEH-HGD**
**LARRY AMERSON, et al.** )
)
 **Defendant.** )

## MEMORANDUM OPINION

In accordance with the usual practices of this court, and 28 U.S.C. § 636(b)(1), this matter was referred to a magistrate for a preliminary report and recommendation. On October 13, 2015, the magistrate recommended "that this action be **DISMISSED WITHOUT PREJUDICE**, pursuant to 28 U.S.C. § 1915A(b)(1), for failing to state a claim upon which relief can be granted." (Doc. 16 at 8) (bold in original). On October 27, 2015, the plaintiff filed objections to that recommendation. (Doc. 17).

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, and the objections thereto, the court is of the opinion that the magistrate judge's report is due to be and is hereby **ADOPTED** and his recommendation is **ACCEPTED**. The Court **EXPRESSLY FINDS** that the plaintiff has failed to state a claim upon which relief can be granted, and that this action is due to be dismissed pursuant to 28 U.S.C. § 1915A(b)(1). A Final Judgment will be

entered.

    **DONE** this the 2nd day of December, 2015.

*/s/ VEHopkins*
**VIRGINIA EMERSON HOPKINS**
United States District Judge